NUMBER13-05-393-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

_______________________________________________________


 

GENE DENNIS A/K/A GENE DENNIS 

VILLARREAL AND GENE
DENNIS 

INVESTMENT CORPORATION,                                  Appellants,

 

                                           v.

 

CRESENSION ZUNIGA, JR. AND 

WIFE, MARIA ZUNIGA,                                             Appellees.

_______________________________________________________

 

             On appeal from the County
Court at Law No. 2

                           of Hidalgo
County, Texas.

_______________________________________________________

 

                     MEMORANDUM OPINION

 

                Before Justices
Hinojosa, Yañez, and Garza

                       Memorandum Opinion Per
Curiam

 








Appellants, GENE DENNIS A/K/A GENE DENNIS VILLARREAL AND GENE DENNIS INVESTMENT
CORPORATION, perfected an appeal from a judgment entered by the County
Court at Law No. 2 of Hidalgo County, Texas, in cause number
CL-42,809-B.  The clerk=s record was filed on July 5, 2005.  To date,
appellants have failed to pay the filing fees in the amount of $135.00.

On July
25, 2005, notice was given that this appeal was subject to dismissal for
failure to comply with this Court=s previous notice
regarding the filing fees in this matter. 
Pursuant to Tex. R. App. P.
42.3(c), appellants were advised that, unless the filing fees were paid within
ten days from the date of receipt of this Court=s notice, the appeal would be dismissed.  To date, appellants have failed to pay the
filing fees.

The Court, having
examined and fully considered the documents on file, appellants= failure to pay the
filing fees, this Court=s notice, and
appellants= failure to respond,
is of the opinion that the appeal should be dismissed.  The appeal is hereby DISMISSED.

PER CURIAM

 

Memorandum Opinion delivered and 

filed this the 22nd day of August, 2005